THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
CHAPTER 7 TRUSTEE

---

In re
BALDEV S. GILL




Debtor.

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Chapter 7
Case No. 17-21526 (CMG)


CERTIFICATION IN LIMITED
OPPOSITION TO MOTION TO REINSTATE
BANKRUPTCY CASE

Hearing Date: 08/22/17 at 10:00 AM
Oral Argument: Requested

Thomas J. Orr, certifies as follows:

1. I am the Chapter 7 Trustee. The debtor filed a Chapter 7 petition on June 2, 2017. The 341(a) meeting was scheduled for July 10, 2017 and has not yet been concluded. The debtor's case was dismissed on July 10, 2017 for failing to file missing documents.

2. I do not oppose the debtor's motion to reinstate the case. I ask only that if the case is reinstated that deadlines be extended and that the debtor be directed to appear at the first meeting of creditors on August 25, 2017 at 10:00 A.M. A proposed order is attached.

3. I certify that the statements made by me above are true. I am aware that if they are willfully false, I am subject to punishment.


Dated: July 31, 2017                    _____
                                         /s/Thomas J. Orr